AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br>*Plaintiff*<br>v.<br>GC&P DEVELOPMENT, LLC, GC&P AGGREGATES, LLC, GACS, L.P., KEVIN P. COYNE, SR., individually, DOUG GRAYSON, ZACHARY LOUGHMAN, KATHLEEN LOUGHMAN, and GLESSNER WHARTON & ANDREWS INSURANCE, LLC,<br>Defendants,<br><br>GACS, L.P., KEVIN P. COYNE, SR., individually, DOUG GRAYSON, GC&P DEVELOPMENT, LLC, GC&P AGGREGATES, LLC,<br>Third-Party Plaintiffs,<br>V.<br>GLESSNER WHARTON & ANDREWS INSURANCE, LLC,<br>Third-Party Defendant.<br><br>and<br>NAUTILUS INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>GC&P DEVELOPMENT, LLC, GC&P AGGREGATES, LLC, GACS, L.P., KEVIN P. COYNE, SR., individually, WOODSDALE UNITED, DALE TRAVIS AND SHARON TRAVIS, husband and wife,<br>Defendants.<br><br>GACS, L'P., KEVIN P. COYNE, SR., individually, GC&P DEVELOPMENT, LLC, and GC&P AGGREGATES, LLC,<br>Third-Party Plaintiffs,<br>V.<br>GLESSNER WHARTON & ANDREWS INSURANCE, LLC,<br>Third-Party Defendants | Civil Action No.   5:19-cv-210<br><br><br><br><br><br><br><br><br>)<br>)<br>)<br>)<br>)   Civil Action No.   5:17-cv-60 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ **other:** This Court concludes that the claims alleged in the Underlying Complaint do not constitute an occurrence under the Policy and thus no coverage exists for those claims. Accordingly, this Court GRANTS Nautilus Insurance Company's Motion for Summary Judgment, and DECLARES that it has no duty to defend or indemnify the GACS Defendants on the claims alleged in the Underlying Complaint filed in the Circuit Court of Ohio County. Final judgment is entered in favor of Nautilus Insurance Company.

This action was *(check one)*:

☒   decided by Judge      John Preston Bailey

Date:         09/02/2021                             CLERK OF COURT

                                                                    /s/ A. Greenidge

                                                        *Signature of Clerk or Deputy Clerk*