FILED: March 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2080
(5:19-cv-00210-JPB)
_____

NAUTILUS INSURANCE COMPANY

    Plaintiff - Appellee

v.

GC&P DEVELOPMENT, LLC; GC&P AGGREGATES, LLC; GACS, L.P.; KEVIN P. COYNE, SR., individually; DOUG GRAYSON

    Defendants - Appellants

and

ZACHARY LOUGHMAN; KATHLEEN LOUGHMAN; GLESSNER WHARTON & ANDREWS INSURANCE, LLC; WOODSDALE UNITED; DALE TRAVIS, husband and wife; SHARON TRAVIS, husband and wife

    Defendants

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk