UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

NAUTILUS INSURANCE COMPANY,

    Plaintiff,

v.                                                                                            CIVIL ACTION NO. 5:19-CV-210
                                                                                              Judge Bailey

GC&P DEVELOPMENT, LLC,
GC&P AGGREGATES, LLC,
GACS, L.P., KEVIN P. COYNE, SR.,
individually, DOUG GRAYSON,
ZACHARY LOUGHMAN,
KATHLEEN LOUGHMAN

    Defendants,

GACS, L.P., KEVIN P. COYNE, SR.,
individually, DOUG GRAYSON,
GC&P DEVELOPMENT, LLC,
GC&P AGGREGATES, LLC,

    Third-Party Plaintiffs,

v.

GLESSNER WHARTON & ANDREWS
INSURANCE, LLC,

    Third-Party Defendant.

NAUTILUS INSURANCE COMPANY,
    Plaintiff,

v.                                                                                             CIVIL ACTION NO. 5:17-CV-60
                                                                                               Judge Bailey

GC&P DEVELOPMENT, LLC,
GC&P AGGREGATES, LLC,
GACS, L.P., KEVIN P. COYNE, SR.,
individually, WOODSDALE UNITED, and
DALE TRAVIS and SHARON TRAVIS,
husband and wife,
    Defendants,

GACS, L.P., KEVIN P. COYNE, SR.,

individually, **GC&P DEVELOPMENT, LLC,** and
**GC&P AGGREGATES, LLC,**
   **Third-Party Plaintiffs,**
v.

**GLESSNER WHARTON & ANDREWS**
**INSURANCE, LLC,**
   **Third-Party Defendant.**

## ORDER GRANTING JOINT MOTION TO DISMISS

Defendants and Third-Party Plaintiffs GC&P Development, LLC, GC&P Aggregates, LLC, GACS, L.P., Doug Grayson, and Kevin P. Coyne, Sr., and Third-Party Defendant Glessner Wharton & Andrews Insurance, LLC, pursuant to Federal Rule of Civil Procedure 41 have filed a joint motion for dismissal regarding the claims asserted against Glessner Wharton & Andrews Insurance, LLC. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that GC&P Development, LLC, GC&P Aggregates, LLC, GACS, L.P., Doug Grayson, and Kevin P. Coyne, Sr.'s claims against Glessner Wharton & Andrews Insurance, LLC in the consolidated Civil Actions 5:19-CV-210 and 5:17-CV-60 are **DISMISSED** in their entirety **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs, fees, and attorneys' fees.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER   4-4-2022

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE